AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:24-mj-371 |
|  | ) |
| Ronald Allen MEADOWS | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 11, 2024__ in the county of __Ross__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Janna Penfield, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 2, 2024

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

**AUSA Martinez**

## AFFIDAVIT

Your Affiant, Janna Penfield, deposes and states:

1. Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been so employed since August 2018. Prior to becoming a Special Agent with ATF, I was a United States Probation Officer with the United States Probation Department through the Southern District of Ohio from October 2014 through January 2018. Additionally, from August 2007 through October 2014, I was a Parole Officer through the State of Ohio, which included a special assignment position with the United States Marshal Service as a Task Force Officer on the Southern Ohio Fugitive Apprehension Strike Team. I have completed the Federal Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also completed the Initial Pretrial and Probation Training Program at the Federal Law Enforcement Training Center in Charleston, South Carolina, and the State of Ohio Parole Academy in Columbus, Ohio. In addition to the firearms, arson, and explosives-related training received in these courses, Your Affiant has also conducted and participated in numerous investigations involving firearms, firearms trafficking, and narcotics.

2. This Affidavit is being submitted for the limited purpose of establishing probable cause that Ronald Allen MEADOWS has violated 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. The statements contained in this Affidavit are derived from information provided to me by members of the Chillicothe Police Department (CPD) as well as

my own investigation of this matter. This Affidavit does not include every fact known to me regarding this investigation but seeks to summarize relevant information.

## PROBABLE CAUSE

### July 11, 2024 – 35 North High Street, Chillicothe, Ohio 45601

3. In May 2024, Detectives with the Chillicothe Police Department (CPD) began an investigation of suspected drug trafficking activity involving Ronald MEADOWS (W/M; DOB: 11/17/1970). Throughout the investigation, a confidential informant, deemed to be a reliable source through the Chillicothe Police Department, conducted multiple purchases of narcotics from MEADOWS at 35 North High Street, Chillicothe, Ohio. During these controlled purchases, Detectives observed MEADOWS and his girlfriend at this location. Early into the investigation, Detectives learned that MEADOWS is currently on supervised release in the Southern District of Ohio[1]. On or about July 11, 2024, CPD Detectives received information that MEADOWS was in possession of approximately four (4) firearms and illegal narcotics.

4. On or about July 11, 2024, the Ross County Court of Common Pleas issued a search warrant for 35 North High Street, Chillicothe, Ohio. That same day, Chillicothe Police Department SWAT executed the search warrant and made contact with MEADOWS inside the residence. MEADOWS was the sole occupant of the residence at the time the search warrant was executed and was detained without incident. MEADOWS was advised of his *Miranda* rights. MEADOWS stated that the understood and waived those rights. When MEADOWS was questioned if any firearms were present within the residence, he responded, "Not to my

---

[1] On July 6, 2017, MEADOWS was convicted of Possession of a Firearm by a Convicted Felon, Possession of an Unregistered Machinegun, and Possession with Intent to Distribute Heroin in the United States District Court for the Southern District of Ohio (Case Number 2:16-CR-92). MEADOWS was sentenced to a term of imprisonment of 120 months. On January 24, 2024, MEADOWS was released from imprisonment and began a period of supervised release through the United States Probation Department in the Southern District of Ohio.

knowledge." When MEADOWS was asked if any illegal narcotics were inside the residence, he stated, "Crack." MEADOWS was specifically asked if fentanyl was inside the residence, and he stated, "I don't do that shit." Detectives clarified with MEADOWS they were not questioning his use of fentanyl but were asking if it was inside the residence. MEADOWS followed up with the statement, "So I'm going to jail." Detectives asked MEADOWS why he would make that statement if nothing was inside the residence, to which MEADOWS replied, "You know I'm going to jail." MEADOWS was then placed in the back of a marked patrol vehicle.

5. As a result of the search warrant, CPD seized several items of evidence from inside a safe located in the closet of the upstairs bedroom. Those items include, but are not limited to: six (6) rounds of .22 caliber ammunition; a Phoenix Arms, .22 caliber pistol bearing serial number 3424315; a Taurus, model G3C, 9mm pistol bearing serial number ACK393055; a Cobra, .38 special revolver, bearing serial number B84871; a Beretta, .22 caliber pistol bearing serial number T03885; nearly $4,000 in U.S. currency; 103 grams of suspected fentanyl; and 259 grams of suspected cocaine. CPD also located other personal items of MEADOWS within this same closet to include his clothing and shoes. Additionally, other drug paraphernalia was seized from the upstairs bedroom to include multiple digital scales, glass pipes, cutting agent, and a press.

6. MEADOWS was charged with four (4) counts of Weapons Under Disability (F3) in Ross County Municipal Court (Case Number CRA24000279) and transported to the Ross County Jail, where he remains at this time.

7. MEADOWS has the following prior felony convictions, all of which are punishable by a term of imprisonment exceeding one year: Aggravated Burglary (F1), Franklin County Court of Common Pleas, Case Number 92CR6083; Possession of Drugs (F4), Franklin

County Court of Common Pleas, Case Number 92CR2161; Burglary (F4), Franklin County Court of Common Pleas, Case Number 99CR1081; Possession of a Firearm by a Convicted Felon, Possession of an Unregistered Machinegun, and Possession With Intent to Distribute Heroin, United States District Court for the Southern District of Ohio, Case Number 2:16-CR-92.

### July 31, 2024 – Interstate Nexus Determination

8. On or about July 31, 2024, Your Affiant spoke with ATF Interstate Nexus Expert Special Agent Teresa Petit who was informed about the aforementioned firearms, and she provided a verbal determination that Phoenix Arms, Taurus, Cobra, and Beretta firearms are not manufactured in the State of Ohio. Thus, all four firearms must have traveled in interstate commerce to be found in the State of Ohio.

### CONCLUSION

9. Based upon the above-listed facts and circumstances, Your Affiant asserts that there is probable cause to believe that on or about July 11, 2024, Ronald Allen MEADOWS did knowingly possess a firearm in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

10. The above violation was committed in the Southern District of Ohio, Eastern Division. Your Affiant requests that an arrest warrant be issued for Ronald Allen MEADOWS.

*[signature]*
Janna Penfield, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

This Affidavit was sworn to by the Affiant by telephone after a PDF was transmitted by email, per Crim R. 3, 4(d), and 4.1 on this 2nd day of August 2024.

*[signature]*
Kimberly A. Jolson
United States Magistrate Judge